# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed: 9/23/2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

              Plaintiff                **SCHEDULING ORDER**

    -against-                             7:19-MJ-9705-UA

Jared Miller-White
              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Waiver of Indictment hearing for 10/1/2020 at 10:30 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  September 23,2020
           White Plains, New York

                                              SO ORDERED:

                                              s/     PED

                                              PAUL E. DAVISON
                                              United States Magistrate Judge