UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

Jared Miller-White   7:19-MJ-9705-UA

Defendant(s).
------------------------------------------------------------------X

Defendant Jared Miller-White hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

/s/ Jared Miller-White  Kerry A. Lawrence
by permission
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jared Miller-White                                 Kerry A. Lawrence
Print Defendant's Name                             Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/1/20
Date                                               U.S. District Judge/U.S. Magistrate Judge